UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-21201-JB

MANUEL ARTURO HERNANDEZ PACHECO,

     Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal. ECF No. [18]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 22nd day of May, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE